UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:CR-17- |
| | : | |
| v. | : | (JUDGE         ) |
| | : | |
| DAVID R. PARKER, | : | (ELECTRONICALLY FILED) |
| Defendant | : | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### Count I

From on or about June 1, 2010 to on or about August 31, 2010, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**DAVID R. PARKER**

knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, and benefited financially and received anything of value from participation in a venture engaged in such acts, and attempted to do so, in and affecting interstate or foreign commerce, a minor male, knowing and in reckless disregard of the fact that the minor male had not attained the age of 18 years, and that the minor male would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(1) and 2, and 1594(a).

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

Aug 3, 2017
Date

By: *Michelle Olshefski*
MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY